UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 08-10116-CIV-MARTINEZ-MCALILEY

PARADISE DIVERS, INC., a Florida Corporation,

    Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the Mediation Report (D.E. No. 90), indicating that the parties have reached a settlement in this matter. It is hereby:

ORDERED AND ADJUDGED as follows:

1) The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**, a proposed Order of Dismissal or Final Judgment, and any other documents necessary to conclude this action **on or before January 18, 2013**.

2) If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3) The Clerk is DIRECTED to DENY ALL PENDING MOTIONS AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of January, 2013.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record