UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 08-10116-CIV-MARTINEZ-MCALILEY

PARADISE DIVERS, INC., a Florida
Corporation,

    Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

THIS MATTER is before the Court upon this Court's Order on Notice of Settlement **(D.E. No. 91)**. The Order required that the parties file either a Notice of Dismissal or Stipulation of Dismissal on or before January 18, 2013. *Id.* The Order further warned that failure to comply would result in dismissal without prejudice and without further warning. *Id.* The parties have failed to comply. Accordingly, it is:

    **ADJUDGED** that this action is **DISMISSED without prejudice**. It is also:

    **ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

    DONE AND ORDERED in Chambers at Miami, Florida, this 24 day of January, 2013.

                                                JOSE E. MARTINEZ
                                               UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record